UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-535 (MJD/RLE)

CITY OF CLINTON,

Plaintiff,

v. ORDER

EASY HEAT, ET AL.,

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 15 days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: 1-22-02

MICHAEL J. DAVIS
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK